# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:93-cr-00063-APG |
| Plaintiff, | **ORDER** |
| v. | |
| ALLEN LORNE WADE, | |
| Defendant. | |

On May 17, 2017, I held a hearing on the revocation of Allen Lorne Wade's revocation of supervised release. At the hearing, the government, probation, and defense counsel jointly requested that I hold the petition in abeyance and order Wade released to the halfway house for up to three months to complete substance abuse counseling. Accordingly,

IT IS HEREBY ORDERED that Allen Lorne Wade is ordered released to the Residential Re-entry Center/Halfway house for up to three months.

DATED this <u>19th</u> day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE