STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN LORNE WADE,<br><br>Defendant. | Case No. 2:93-cr-00063-APG<br><br>STIPULATION TO CONTINUE STATUS HEARING SCHEDULED FOR AUGUST 15, 2017<br>(Second Request) |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Erin Gettel, Assistant Federal Public Defender, counsel for defendant Allen Lorne Wade, that the status hearing currently scheduled for 10:00 a.m. on August 15, 2017, be vacated and reset for September 5, 2017, or another date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1. At the revocation hearing on May 17, 2017, the Court held in abeyance the Defendant's revocation of supervised release so that the Defendant may

1

participate in and complete substance abuse treatment as part of the parties' proposed resolution.

2. Also at the hearing, the Court set a status hearing for June 27, so that the Defendant may have time to complete that treatment.

3. Because of a lack of bed space at the halfway house, the Defendant was not released from custody until on or about June 9.

4. On June 22, the Court continued the status hearing to August 15, to give the Defendant an opportunity to complete his substance abuse treatment.

5. The Defendant has been successfully participating in treatment since June, but has not yet completed that treatment.

6. The parties expect that by September 5, 2017, they will be in a position to recommend a disposition on the petition to revoke the Defendant's supervised release.

7. This is the second request by the parties to continue the above-referenced status hearing.

DATED this 14th day of August, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ *Erin Gettel*
ERIN GETTEL
Assistant Federal Public Defender
Counsel for Defendant Allen Lorne Wade

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALLEN LORNE WADE,

Defendant.

Case No. 2:93-cr-00063-APG

## **FINDINGS OF FACT**

Based on the parties' stipulation to continue the status hearing, and good cause appearing therefore, the Court finds that:

1. At the revocation hearing on May 17, 2017, the Court held in abeyance the Defendant's revocation of supervised release so that the Defendant may participate in and complete substance abuse treatment as part of the parties' proposed resolution.

2. Also at the hearing, the Court set a status hearing for June 27, so that the Defendant may have time to complete that treatment.

3. Because of a lack of bed space at the halfway house, the Defendant was not released from custody until on or about June 9.

4. On June 22, the Court continued the status hearing to August 15, to give the Defendant an opportunity to complete his substance abuse treatment.

5. The Defendant has been successfully participating in treatment since June, but has not yet completed that treatment.

6. The parties expect that by September 5, 2017, they will be in a position to recommend a disposition on the petition to revoke the Defendant's supervised release.

7. This is the second request by the parties to continue the above-referenced status hearing.

**CONCLUSIONS OF LAW**

8. Good cause exists to continue the status hearing scheduled for 10:00 a.m. on August 15, 2017.

**ORDER**

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m. on August 15, 2017, is VACATED and continued to  September 5, 2017  at  10:30 a.m.  in Las Vegas Courtroom 6C before Judge Andrew P. Gordon.

Dated this 14th day of August, 2017

By: _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above STIPULATION TO CONTINUE STATUS HEARING SCHEDULED FOR AUGIST 15, 2017 on Counsel of Record via Electronic Case Filing (ECF).

Dated: August 14, 2017

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney